ASHFORD & WRISTON LLP
A Limited Liability Law Partnership LLP

ELLEN A. SWICK          10514-0
First Hawaiian Center, Suite 1400
999 Bishop Street
P. O. Box 131
Honolulu, Hawaii 96810
Tel. No.: (808) 539-0400

Attorneys for Creditor Ronda Beselt

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE<br><br>PETER CHEN HSIEH,<br><br>Debtor<br>_____ | CASE NO.: 23-000149<br><br>(Chapter 13)<br><br>**DECLARATION OF ELLEN A. SWICK; EXHIBITS "A" – "C"** |

## DECLARATION OF ELLEN A. SWICK

I, ELLEN A. SWICK, hereby declare and state under penalty of perjury:

1. I am an attorney in the law firm of Ashford & Wriston, LLLP., and am counsel to Defendant/Cross-claim Defendant Haleakala Ranch Company ("HRC").

2. I make this declaration based on personal knowledge and am competent to testify to the matters contained herein.

3. Attached hereto as Exhibit "A" is a true and correct copy of an email exchange I had with debtor's counsel Donald Spafford, Esq. on May 25, 2023 and June 5, 2023.

4. Attached hereto Exhibit "B" is a true and correct copy of a transcript from the April 12, 2023 341 Meeting of Creditors for Debtor Peter Hsieh in the instant case.

5. Attached hereto Exhibit "C" is a true and correct copy of a transcript from the April 12, 2023 continued 341 Meeting of Creditors for Debtor Peter Hsieh in the instant case.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawai'i; June 13, 2023.

                                              */s/ Ellen A. Swick*
                                              ELLEN A. SWICK
                                              Attorneys for Creditor Ronda Beselt

Ellen A. Swick

| | |
|---|---|
| From: | Donald Spafford Jr. <donaldspaffordattorney@gmail.com> |
| Sent: | Monday, June 05, 2023 10:52 AM |
| To: | Ellen A. Swick |
| Subject: | Re: Peter Hsieh # 23-00149 |

Hi Ellen,

Peter Hsieh and I are available on June 22 or 23, 2023 for the Rule 2004 exam. Mr. Hsieh thinks Ms.Ronda Beselt's claims against him are frivolous, barred by the statute of limitations, warrant Rule 11 sanctions, and are dischargeable in his bankruptcy case. For these reasons, he is not willing to agree to an extension of the complaint deadline.

Don


Donald L. Spafford, Jr.
Attorney at Law
Pauahi Tower, Suite 2640
1003 Bishop Street
Honolulu, HI 96813
Ph. (808) 532-6300


On Mon, Jun 5, 2023 at 8:55 AM Ellen A. Swick <eswick@awlaw.com> wrote:

Don,


I'm following up on this. Please provide a response so we know how to proceed. Thank you.


**Ellen A. Swick**

*Counsel*



Ashford + Wriston, LLLP

First Hawaiian Center

999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813

EXHIBIT "A"

T: (808) 539-0408 | F: (808) 533-4945

eswick@awlaw.com | ashfordwriston.com

This message is only intended for the addressee named above. Its contents may be privileged or otherwise protected. Any unauthorized use, disclosure or copying of this message or its contents is prohibited. If you have received this message by mistake, please notify us immediately by reply mail or by collect telephone call.

Any personal opinions expressed in this message do not necessarily represent the views of Ashford & Wriston.

**From:** Ellen A. Swick
**Sent:** Thursday, May 25, 2023 10:17 AM
**To:** Don Spafford <spafford@lava.net>
**Subject:** Peter Hsieh # 23-00149

Hi Don,

I would like to conduct a Rule 2004 examination of the debtor. Are you and your client available June 8, June 13, or June 20?

I would also like to request a 60 day extension to the Complaints deadline, currently set for June 13.

Thank you.

**Ellen A. Swick**

*Counsel*



Ashford + Wriston, LLLP

First Hawaiian Center

999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
T: (808) 539-0408 | F: (808) 533-4945
eswick@awlaw.com | ashfordwriston.com

This message is only intended for the addressee named above. Its contents may be privileged or otherwise protected. Any unauthorized use, disclosure or copying of this message or its contents is prohibited. If you have received this message by mistake, please notify us immediately by reply mail or by collect telephone call.

Any personal opinions expressed in this message do not necessarily represent the views of Ashford & Wriston.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

```
 1              UNITED STATES BANKRUPTCY COURT

 2                   DISTRICT OF HAWAII

 3

 4

 5

 6                      CHAPTER 13

 7                341 MEETING OF CREDITORS

 8                       IN RE:

 9               PETER CHEN HSIEH, DEBTOR

10

11                CASE NUMBER 23-00149

12

13                HELD ON APRIL 12, 2023

14

15              TRANSCRIPT OF PROCEEDINGS

16

17

18

19

20

21

22

23

24   TRANSCRIBED BY: LAURA SAVO, RPR, CSR NO. 347

25                      **EXHIBIT "B"**
```

ALI'I COURT REPORTING
(808) 394-ALII

```
 1                      A P P E A R A N C E S

 2


 3     For Chapter 13 Trustee NIMA GHAZVINI:

 4          KA'ALA DUFFY, ESQ.
            1050 Bishop Street, Suite 521
 5          Honolulu, Hawaii  96813
            (808) 526-3083
 6

 7     For Debtor PETER CHEN HSIEH:

 8          DONALD SPAFFORD, JR., ESQ.
            1003 Bishop Street, Suite 470
 9          Honolulu, Hawaii  96813
            (808) 532-6300
10

11     For Creditor DAWN TOSHIKO YOSHIOKA:

12          OFIR RAVIV, ESQ.
            Square One Legal LLLC
13          1001 Bishop Street, Suite 2850
            Honolulu, Hawaii  96813
14          (808) 201-6000

15
       For Creditor RONDA BESELT:
16
            ELLEN SWICK, ESQ.
17          Ashford & Wriston, LLP
            999 Bishop Street, Suite 1400
18          Honolulu, Hawaii  96813
            (808) 539-0408
19

20     Also Present:

21          Peter Chen Hsieh, Debtor

22          Ronda Beselt, Creditor

23

24

25
```

I N D E X

| DEBTOR: | EXAMINATION | PAGE |
|---|---|---|
| PETER CHEN HSIEH | BY MS. DUFFY | 5 |
|  | BY MR. RAVIV | 19 |
|  | BY MS. SWICK | 23 |

INFORMATION TO BE SUPPLIED

Page 10, Line 19

U.S. Bankruptcy Court - Hawaii  #23-00149  Dkt #32  Filed 06/14/23  Page 8 of 16

ALI'I COURT REPORTING
(808) 394-ALII

1    Yoshioka.

2

3                         EXAMINATION

4    BY MR. RAVIV:

5         Q    Good morning, Mr. Hsieh.

6         A    Good morning, all.

7         Q    I just have a few questions.  I'm not

8    going to take very long.  I want to ask one question

9    about the million dollars that you said you

10   transferred.  I believe it was at the beginning of

11   2019 as part of that -- in anticipation of the

12   divorce to your ex-wife, Pearl Hsieh.  Has the

13   divorce been finalized?

14        A    Yes.

15        Q    And other than the million dollars, was

16   there any other amounts that you ended up required to

17   pay her or that you transferred to her other than the

18   million dollars?

19        A    Just the stated child support, monthly

20   child support of 160, but everything else she waived,

21   alimony or property settlement.

22        Q    Now, do you recall the form of payment

23   when you paid the million dollars?  Was it, like, in

24   cash in a suitcase?  Was it a certified check or

25   personal check?  Do you remember how the funds were

```
 1   transferred to her?
 2        A    It was two certified checks of 500,000
 3   each.  And I -- I had those cashier's checks made
 4   here at First Hawaiian Bank.  I flew up to Vegas and
 5   gave her the two checks.
 6        Q    Okay.  Thank you about that.
 7             Do you have a discipline -- any out- --
 8   any outstanding unpaid loans that you gave money to
 9   someone else and someone owes you money?
10        A    No, I do not.
11        Q    Do you recall a Jamba Juice -- a person
12   you used to date known by Suji Kim?
13        A    Oh, yes.  Yeah.  I -- that is right.  I
14   loaned her money.  She was a -- a former girlfriend.
15   I loaned her some money, but she -- I don't know
16   where she is, and as far as I'm concerned, it's not
17   collectible because I don't think she is in Hawaii.
18        Q    Okay.  And you recall approximately when
19   and how much you give her?
20        A    I would say around 2018, and the loan --
21   I gave her a couple of loans probably totaling 25- or
22   30,000.
23        Q    So those are the amounts that you
24   remember.  Okay.  And it appears like on your
25   bankruptcy schedule, you did not list this -- this
```

C E R T I F I C A T E

STATE OF HAWAII              )
                             ) ss.
CITY AND COUNTY OF HONOLULU  )

        I, LAURA SAVO, a Certified Shorthand Reporter in and for the State of Hawaii, do hereby certify:

        That the foregoing proceedings were transcribed by me or under my supervision and is a complete, true and correct transcript from the official electronic sound recording of the previously entitled matter.

        I further certify that I am not of counsel or attorney for any of the parties to this case, nor in any way interested in the outcome hereof, and that I am not related to any of the parties hereto.

Dated: June 7, 2023

_____
LAURA SAVO, RPR, CSR NO. 347

```
 1                UNITED STATES BANKRUPTCY COURT

 2                     DISTRICT OF HAWAII

 3

 4

 5

 6                         CHAPTER 13

 7                  341 MEETING OF CREDITORS

 8                           IN RE:

 9                  PETER CHEN HSIEH, DEBTOR

10

11                   CASE NUMBER 23-00149

12

13                   HELD ON MAY 24, 2023

14

15                  TRANSCRIPT OF PROCEEDINGS

16

17

18

19

20

21

22

23

24    TRANSCRIBED BY: LAURA SAVO, RPR, CSR NO. 347
25                       **EXHIBIT "C"**
```

```
 1                    A P P E A R A N C E S

 2


 3    For Chapter 13 Trustee NIMA GHAZVINI:

 4         KA'ALA DUFFY, ESQ.
           1050 Bishop Street, Suite 521
 5         Honolulu, Hawaii  96813
           (808) 526-3083
 6

 7    For Debtor PETER CHEN HSIEH:

 8         DONALD SPAFFORD, JR., ESQ.
           1003 Bishop Street, Suite 470
 9         Honolulu, Hawaii  96813
           (808) 532-6300
10

11    For Creditor DAWN TOSHIKO YOSHIOKA:

12         OFIR RAVIV, ESQ.
           Square One Legal LLLC
13         1001 Bishop Street, Suite 2850
           Honolulu, Hawaii  96813
14         (808) 201-6000

15
      For Creditor RONDA BESELT:
16
           ELLEN SWICK, ESQ.
17         Ashford & Wriston, LLP
           999 Bishop Street, Suite 1400
18         Honolulu, Hawaii  96813
           (808) 539-0408
19

20    Also Present:

21         Peter Chen Hsieh, Debtor

22         Ronda Beselt, Creditor

23

24

25
```

```
 1                        I N D E X

 2

 3    DEBTOR:              EXAMINATION              PAGE

 4    PETER CHEN HSIEH     BY MS. DUFFY               5

 5                         BY MS. SWICK              11

 6                         BY MR. RAVIV             17

 7

 8

 9
                    INFORMATION TO BE SUPPLIED
10
```

ALI'I COURT REPORTING
(808) 394-ALII

1  car.  I used a portion to invest in the stock market,
2  trading options, and I used a portion to buy gifts
3  for my then girlfriend and provide a loan to her for
4  her gambling.
5       Q     When you say "girlfriend," which one?
6  Which girlfriend?  The one who was on the Big Island?
7  What's her name?
8       A     I don't know where she is now, but her
9  name is Sue G. Kim.
10      Q     Okay.  Like a ballpark figure, like
11 100,000, 200,000?  Just a ballpark figure, how much
12 did you give her, do you know?
13      A     Gifts and -- and money gifts and tangible
14 gifts, probably around 220,000, 225,000.
15      Q     And investment in stock market, what
16 happened with that?  Did you lose it?  I mean, what
17 happened with all of it?  You just lost all of it?
18      A     Ultimately I lost, but I started off with
19 100,000.  I made money here and there, but ultimately
20 I lost the investment.
21      Q     Okay.  We know the car was probably --
22 I'm just guessing, but looking at the car was
23 probably 50- or 60 grand for that car.  But the back
24 taxes, I guess that's my last question, again, a
25 rough figure, like, how much was that?

```
                    C E R T I F I C A T E

STATE OF HAWAII           )
                          ) ss.
CITY AND COUNTY OF HONOLULU )


          I, LAURA SAVO, a Certified Shorthand
Reporter in and for the State of Hawaii, do hereby
certify:

          That the foregoing proceedings were
transcribed by me or under my supervision and is a
complete, true and correct transcript from the
official electronic sound recording of the previously
entitled matter.

          I further certify that I am not of counsel
or attorney for any of the parties to this case, nor
in any way interested in the outcome hereof, and that
I am not related to any of the parties hereto.

          Dated:  June 7, 2023



                    _____
                    LAURA SAVO, RPR, CSR NO. 347
```

ALI'I COURT REPORTING
(808) 394-ALII