```
         IN THE CIRCUIT COURT OF THE SECOND CIRCUIT
                      STATE OF HAWAII


RONDA BESELT aka RONDA          :
MELNYCHUK-BESELT, MARK           :
WARREN BESELT,                   :
                                 :
            Plaintiffs,          :  CIVIL    16-1-0597(2)
                                 :  NO.:
                                 :
vs.,                             :
                                 :
                                 :
WALDORF-ASTORIA                  :
MANAGEMENT, LLC, et al.,         :
                                 :
            Defendant.           :
---------------------------------:


                   DEPOSITION OF RONDA BESELT


Taken on behalf of Defendant at Ralph Rosenberg Court
Reporters, 2233 W. Vineyard Street, Suite A, Wailuku,
Maui, Hawaii, commencing at 9:00 a.m. on Tuesday, May
28, 2019.




     REPORTED BY:    LYNANN NICELY, RPR/RMR/CRR/CSR #354
```

RALPH ROSENBERG COURT REPORTERS, INC.
HONOLULU, HAWAII (808) 524-2090



EXHIBIT "5"

U.S. Bankruptcy Court - Hawaii  #23-00149  Dkt # 41-5  Filed 07/14/23  Page 1 of 15

A P P E A R A N C E S

For the Plaintiffs:

    PETER C. HSIEH, ESQ.
    Davies Pacific Center
    841 Bishop Street, Suite 2201
    Honolulu, Hawaii 96813

For the Defendants:

    CALVIN E. YOUNG, ESQ.
    STACY Y. MA, ESQ.
    Goodsill Anderson Quinn & Stifel
    First Hawaiian Center, Suite 1600
    999 Bishop Street
    Honolulu, Hawaii 96813

I N D E X

EXAMINATION:                          PAGE

    BY MR. YOUNG                       5

```
09:11:25  1              VIDEOGRAPHER:  This is the deposition of
09:11:28  2   Ronda Beselt in the matter of Ronda Beselt, et al., vs.
09:11:35  3   Waldorf-Astoria Management, LLC.  We are located at
09:11:37  4   Ralph Rosenberg Court Reporters, 2233 W. Vineyard
09:11:42  5   Street, Wailuku, Hawaii.
09:11:43  6              My name is Keone Sallas, video specialist
09:11:48  7   for Certified Legal Video Services.  Will counsel
09:11:48  8   please state your name.
09:11:50  9              MR. YOUNG:  Calvin Young and Stacy Ma for
09:11:53 10   defendant.
09:11:53 11              MR. HSIEH:  Peter Hsieh for plaintiff Ronda
09:11:58 12   Beselt.
09:11:58 13              VIDEOGRAPHER:  Today is May 28th, 2019.
09:12:02 14   We're on the record at 9:11 a.m.  Would the court
09:12:05 15   reporter please swear in the deponent.
         16                         RONDA BESELT,
         17   having first been duly sworn, testified upon their oath
         18   as follows:
         19                          EXAMINATION
         20   BY MR. YOUNG:
09:12:22 21        Q.    Good morning, Ms. Beselt, please state your
09:12:25 22   full name for the record.
09:12:28 23        A.    Ronda Beselt.
09:12:32 24        Q.    Are you ready to get started?
09:12:32 25        A.    Yeah, I just told you my name is Ronda
```

```
04:46:58  1       A.    They were handwritten notes.
04:46:59  2       Q.    And it would be notes that she made herself?
04:47:03  3       A.    Yes.
04:47:03  4       Q.    And it would be a note that she made
04:47:07  5   herself, that she made during visits with you?
04:47:09  6       A.    Yes.
04:47:11  7       Q.    And when did you first learn about these
04:47:15  8   notes?
04:47:15  9       A.    Approximately February of 2018.
04:47:24 10       Q.    And did you learn about the contents of
04:47:32 11   these notes as you were gathering records for this
04:47:36 12   lawsuit?
04:47:36 13       A.    I wasn't gathering records for the lawsuit
04:47:41 14   in that timeframe.
04:47:42 15       Q.    Okay.  Were you reviewing records that had
04:47:45 16   already been gathered by somebody else?
04:47:47 17       A.    No.
04:47:50 18       Q.    How did you come to see Dr. Bajwa's records
04:47:55 19   from 2010 in early 2018?
04:47:58 20       A.    I viewed them.
04:48:01 21       Q.    I'm sorry?
04:48:02 22       A.    I viewed them.
04:48:03 23       Q.    Okay.  And how did you view them?
04:48:05 24       A.    From my file.
04:48:07 25       Q.    And did you have to view them at Dr. Bajwa's
```

```
04:48:12  1  office?
04:48:13  2       A.    No.
04:48:13  3       Q.    So how did you see -- are you allowed to
04:48:18  4  access your own records?
04:48:20  5       A.    No.
04:48:21  6       Q.    Then how did you see those records?
04:48:23  7       A.    I went to Health Records and I looked at
04:48:27  8  them.
04:48:27  9       Q.    Okay.  And when you say you went to Health
04:48:30 10  Records?
04:48:31 11       A.    Uh-huh.
04:48:32 12       Q.    Is that a repository, a central type
04:48:36 13  repository for medical records?
04:48:38 14       A.    That's one location where medical records
04:48:40 15  are stored.
04:48:40 16       Q.    And who sends medical records to that
04:48:44 17  repository?
04:48:45 18       A.    The doctors that write -- that's the doctors
04:48:53 19  store them at that facility.
04:48:54 20       Q.    Are those doctors that are a part of Alberta
04:48:58 21  Health?
04:48:58 22       A.    Yes.
04:48:59 23       Q.    And are patients allowed to access their own
04:49:03 24  records at this repository?
04:49:05 25       A.    You can ask to view your own records, yes.
```

```
04:49:12  1      Q.   Okay.  So the answer is yes, you are allowed
04:49:13  2   to do that; correct?
04:49:13  3      A.   Uh-huh.
04:49:14  4      Q.   And how do you do that?  Do you just show up
04:49:16  5   and make a request?
04:49:17  6      A.   Yes, you can make a request.
04:49:19  7      Q.   Okay.
04:49:20  8      A.   They set up a time and then they tell when
04:49:24  9   you to come.
04:49:25 10      Q.   Is that what you did?
04:49:26 11      A.   Yeah, I made a request.
04:49:27 12      Q.   And why were you viewing your records in
04:49:29 13   early 2018?
04:49:30 14      A.   I only viewed one record, one physician's
04:49:36 15   record.
04:49:37 16      Q.   One page or one doctor's set of records?
04:49:42 17      A.   One doctor's.  One doctor.
04:49:43 18      Q.   Okay.  So you looked at Dr. Bajwa's records
04:49:46 19   that pertained to you?
04:49:47 20      A.   No.
04:49:48 21      Q.   Okay.  Which records were you looking at?
04:49:51 22      A.   I looked at Dr. Nathan's records.
04:49:53 23      Q.   Okay.  So you looked at Dr. Bajwa's records
04:49:59 24   that included records from Dr. Natho?
04:50:03 25      A.   No, I looked at Dr. Natho's records that
```

| | | |
|---|---|---|
| 04:50:07 1 | | included a couple of pages from the referral that |
| 04:50:09 2 | | Dr. Bajwa made to Dr. Natho. |
| 04:50:13 3 | Q. | And how did you -- why did you come to want |
| 04:50:16 4 | | to look at Dr. Natho's records? |
| 04:50:19 5 | A. | Because I wanted to know what was in my |
| 04:50:21 6 | | records. Because, typically, you never know what's in |
| 04:50:24 7 | | your records. Doctors never typically show you what's |
| 04:50:27 8 | | in your records. |
| 04:50:28 9 | Q. | Okay. What type of doctor is Dr. Natho? |
| 04:50:32 10 | A. | She's a family physician. |
| 04:50:33 11 | Q. | And when did she treat you? |
| 04:50:35 12 | A. | I first saw her twice in September of 2010. |
| 04:50:43 13 | | Then I went back to her in November of 2011 until |
| 04:50:50 14 | | approximately December of 2013. |
| 04:50:53 15 | Q. | And five years later, you decided to look at |
| 04:50:57 16 | | Dr. Natho's records pertaining to you? |
| 04:50:59 17 | A. | Yes. |
| 04:51:00 18 | Q. | And why? |
| 04:51:00 19 | A. | I wanted to know what was in my record. |
| 04:51:03 20 | Q. | But why particularly Dr. Natho's records in |
| 04:51:08 21 | | early 2018? |
| 04:51:09 22 | A. | I was curious. |
| 04:51:13 23 | Q. | Why did you become curious? |
| 04:51:15 24 | A. | I don't know. |
| 04:51:16 25 | Q. | What spurred you to go to the central |

```
04:51:22  1   records and ask to see are Dr. Natho's records that
04:51:26  2   were part of a referral from Dr. Bajwa regarding you?
04:51:30  3        A.   Because I wanted to know what was in my
04:51:34  4   records.
04:51:34  5        Q.   But why did you choose to only look at
04:51:37  6   Dr. Natho's records, as to other records of you,
04:51:40  7   because, as we now know, you apparently have seen over
04:51:44  8   200 doctors.
04:51:45  9        A.   I don't know, I haven't done a count.
04:51:48 10        Q.   Well we have.
04:51:48 11        A.   Okay.
04:51:49 12        Q.   So why did you choose to look at Dr. Natho's
04:51:54 13   records only, at that time?
04:51:56 14        A.   Because I was curious.
04:51:58 15        Q.   But what spurred your curiosity?
04:52:02 16        A.   I just was.
04:52:04 17        Q.   Well, ma'am, you're going to have to explain
04:52:06 18   to us at some point why you went there, because if you
04:52:09 19   don't explain it now, we will ask the Court to force
04:52:13 20   you to answer us, because I believe you're being
04:52:15 21   evasive, and you won't give us the reason why you chose
04:52:18 22   to only look at one doctor's records in February of
04:52:22 23   2018?
04:52:22 24             MR. HSIEH:  I'm going to object to that
04:52:24 25   instruction or commentary.  It's badgering.  The
```

| | | |
|---|---|---|
| 04:52:28 | 1 | question has been asked and answered.  Just because you |
| 04:52:30 | 2 | don't like her answer doesn't mean that she's not being |
| 04:52:33 | 3 | responsive. |
| 04:52:34 | 4 |     MR. YOUNG:  We'll approach it this way then. |
| 04:52:37 | 5 | Mark this as the next exhibit. |
| 04:52:38 | 6 |     (Deposition Exhibit 13 was marked.) |
| 04:52:55 | 7 | BY MR. YOUNG: |
| 04:52:55 | 8 | Q.    Exhibit 13 is a letter dated July 2018, but |
| 04:53:00 | 9 | it doesn't have a date of the month on it.  But it is |
| 04:53:04 | 10 | signed by you; is that correct? |
| 04:53:06 | 11 | A.    That's correct. |
| 04:53:07 | 12 | Q.    And who were you writing this letter to? |
| 04:53:11 | 13 | A.    Health Records. |
| 04:53:13 | 14 | Q.    Would that be -- |
| 04:53:15 | 15 | A.    Wait -- information and Privacy, Alberta |
| 04:53:20 | 16 | Health Services. |
| 04:53:20 | 17 | Q.    And did you author this entire letter |
| 04:53:28 | 18 | yourself? |
| 04:53:29 | 19 | A.    Yes, I did. |
| 04:53:30 | 20 | Q.    And is every word in this letter yours? |
| 04:53:36 | 21 | A.    Yes, it is. |
| 04:53:37 | 22 | Q.    And why did you write this letter in |
| 04:53:48 | 23 | July 2018? |
| 04:53:48 | 24 | A.    Because I disagreed with the diagnosis. |
| 04:53:52 | 25 | Q.    And what diagnosis? |

| | | |
|---|---|---|
| 04:53:53 1 | A. | She gave me postpartum depression and |
| 04:53:57 2 | anxiety diagnosis in 2010. | |
| 04:53:59 3 | Q. | And you disagreed that you had those |
| 04:54:04 4 | conditions in 2010? | |
| 04:54:05 5 | A. | That's correct. |
| 04:54:06 6 | Q. | And why were you asking the records be |
| 04:54:13 7 | changed eight years later? | |
| 04:54:15 8 | A. | Because I disagreed with the diagnosis. |
| 04:54:18 9 | Q. | Have you gone through and looked at any of |
| 04:54:21 10 | your other records to see if there is any other medical | |
| 04:54:24 11 | record that you disagree with? | |
| 04:54:24 12 | A. | I'm sure there are records that I disagree |
| 04:54:38 13 | with. | |
| 04:54:39 14 | Q. | Are you just guessing? |
| 04:54:40 15 | A. | I know I'm not supposed to guess, but yes. |
| 04:54:45 16 | Q. | Isn't it true that the reason you wanted |
| 04:54:51 17 | Dr. Natho's records revised is because you knew that | |
| 04:54:54 18 | Dr. Natho's records would be reviewed by the experts in | |
| 04:54:57 19 | this lawsuit, and you didn't want information that you | |
| 04:55:01 20 | believed was erroneous to be considered by the experts | |
| 04:55:03 21 | in this case? | |
| 04:55:04 22 | A. | No, I went to view my records because I |
| 04:55:09 23 | didn't know what was in my records. When I viewed my | |
| 04:55:13 24 | records, I realized that there was errors in my | |
| 04:55:16 25 | records. | |

```
04:55:16  1      Q.     Okay.  So --
04:55:17  2      A.     And I requested the doctors to change the
04:55:19  3  errors in my records.
04:55:21  4      Q.     Okay, so as you testified, you went to look
04:55:26  5  at Dr. Natho's records, based upon the referral that
04:55:31  6  Dr. Bajwa had made of you, and those were the only
04:55:35  7  doctors' records that you reviewed; is that right?
04:55:37  8      A.     Since when?
04:55:39  9      Q.     In early 2018, ma'am.
04:55:43 10      A.     I saw lots of records, sir.
04:55:46 11      Q.     I'm sorry?
04:55:47 12      A.     I've seen a lot of records, like you said,
04:55:50 13  there is over 200 providers.  I've seen a lot of
04:55:52 14  records.
04:55:52 15      Q.     I didn't ask you if you had seen a lot of
04:55:55 16  records.  You said that you went to AHS, right, Alberta
04:56:03 17  Health Services, to look at your records in early 2018,
04:56:06 18  and the only doctors' records you asked to see were
04:56:10 19  Dr. Natho's records pertaining to you; is that right?
04:56:13 20      A.     No, I asked for my file, and in my file was
04:56:17 21  Dr. Natho's records.  I asked for the handwritten
04:56:21 22  records, not the electronic records that they have
04:56:24 23  because that would be voluminous, but I asked for my --
04:56:28 24  the handwritten records that were in paper form and
04:56:32 25  held at Health Records, and Dr. Natho's was in that
```

*Contra at 214/12-16*

RALPH ROSENBERG COURT REPORTERS, INC.
HONOLULU, HAWAII  (808) 524-2090

| | | |
|---|---|---|
| 04:56:32 | 1 | pile. |
| 04:56:38 | 2 | Q. Okay. So that's not what you said earlier, |
| 04:56:41 | 3 | ma'am. You said that you only looked at Dr. Natho's |
| 04:56:42 | 4 | records, when I asked you which doctors' records you |
| 04:56:46 | 5 | looked at. |
| 04:56:46 | 6 | A. Well, I looked at Dr. Naples and Dr. Cooper |
| 04:56:50 | 7 | because I responded ^^ lost 0.6 loss that Dr. Cooper |
| 04:56:53 | 8 | only provided. So I looked at Dr. Cooper's as well, so |
| 04:56:56 | 9 | I'm sorry if I forgot that. |
| 04:56:57 | 10 | Q. Did you look at Dr. Bajwa's handwritten |
| 04:57:00 | 11 | records of you? |
| 04:57:03 | 12 | A. Dr. Bajwa doesn't typically have handwritten |
| 04:57:07 | 13 | records -- |
| 04:57:07 | 14 | Q. That wasn't my question. |
| 04:57:07 | 15 | A. -- to my understanding. |
| 04:57:11 | 16 | Q. I asked you if you had looked at Dr. Bajwa's |
| 04:57:13 | 17 | handwritten records? |
| 04:57:14 | 18 | A. I looked at the handwritten record that |
| 04:57:17 | 19 | Dr. Bajwa had sent to Dr. Natho because it's in the |
| 04:57:19 | 20 | same file. |
| 04:57:20 | 21 | Q. So you did look at Dr. Bajwa's handwritten |
| 04:57:24 | 22 | records? |
| 04:57:24 | 23 | A. Well, that page or two that was in that |
| 04:57:26 | 24 | file. |
| 04:57:26 | 25 | Q. Okay. And you did look at Dr. Natho's |

```
04:58:36  1      A.    Right.
04:58:36  2      Q.    Did you make copies of those handwritten
04:58:40  3  records?
04:58:40  4      A.    I made handwritten notes.
04:58:44  5      Q.    So are you telling me you did not make any
04:58:48  6  copies of the doctors' handwritten notes?
04:58:51  7      A.    There were some pages, they gave me a couple
04:58:57  8  pages.
04:58:58  9      Q.    Okay.
04:59:00 10      A.    But I didn't have the whole file.  Whatever
04:59:02 11  the amount of file is, no, I didn't have the entire
04:59:05 12  file.
04:59:07 13      Q.    Did you have copies of any of the files that
04:59:11 14  you reviewed made for you?
04:59:16 15      A.    Not the whole copy, no.
04:59:19 16      Q.    I didn't ask you if you made a copy of the
04:59:22 17  entire file, especially since you can't tell me how
04:59:25 18  many pages were in there.  I asked you if you had
04:59:27 19  copies made of any portion of that file that you
04:59:30 20  reviewed when you went to Alberta Health Services to
04:59:33 21  look at the handwritten notes?
04:59:34 22      A.    Yes, I had some pages.
04:59:37 23      Q.    And how many pages did you have copied?
04:59:39 24      A.    I don't know.
04:59:40 25      Q.    And where are those copies today?
```

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 05:24:38 | 1  | Q.   Okay.                                               |
| 05:24:39 | 2  | A.   Can we take a break?                                |
| 05:24:41 | 3  | Q.   Yes, we can.                                        |
| 05:24:43 | 4  | VIDEOGRAPHER: Going off the record at                    |
| 05:24:47 | 5  | 5:24 p.m.                                                |
| 05:46:24 | 6  | [Brief recess]                                           |
| 05:46:24 | 7  | VIDEOGRAPHER: We are back on the record at               |
| 05:46:38 | 8  | 5:46 p.m.                                                |
| 05:46:42 | 9  | MR. YOUNG: Counsel, I understand that your               |
| 05:46:43 | 10 | client has a couple supplemental statements.             |
| 05:46:46 | 11 | MR. HSIEH: Yeah. My client wants to                      |
| 05:46:49 | 12 | provide a further response to two areas of questioning   |
| 05:46:52 | 13 | that you had. The first one had to do with why she       |
| 05:46:56 | 14 | looked at Dr. Natho's records, whereupon she came upon   |
| 05:47:04 | 15 | Dr. Bajwa's notes. And I think her response was she      |
| 05:47:07 | 16 | was curious, she just wanted to look, but she wanted to  |
| 05:47:10 | 17 | clarify that. The second area of examination that she    |
| 05:47:13 | 18 | wanted to respond to further was your question as to     |
| 05:47:17 | 19 | whether or not any health care provider had ever         |
| 05:47:20 | 20 | diagnosed her with PTSD, other than plaintiff expert     |
| 05:47:26 | 21 | Dr. Harold Hall. So go ahead.                            |
| 05:47:26 | 22 | THE DEPONENT: Thank you.                                 |
| 05:47:29 | 23 | MR. HSIEH: So with respect to the first                  |
| 05:47:31 | 24 | area, why did you -- in responding to -- to respond to   |
| 05:47:37 | 25 | Mr. Young's question previously, why did you -- why      |

| | |
|---|---|
| 05:47:41 1 | were you looking at Dr. Natho's records? |
| 05:47:46 2 | THE DEPONENT: I went back to look at |
| 05:47:50 3 | Dr. Natho's records and subsequently Dr. Cooper's as |
| 05:47:55 4 | well. I didn't agree with the diagnosis of postpartum |
| 05:48:01 5 | depression and anxiety, and I knew that my records were |
| 05:48:11 6 | going to go, and I didn't want inaccurate information |
| 05:48:13 7 | to be sent out, and I was embarrassed because I didn't |
| 05:48:23 8 | feel that I met the criteria for postpartum depression |
| 05:48:28 9 | anxiety in 2010. And so I went to look at my records |
| 05:48:36 10 | to see if her diagnosis was accurate, and in my |
| 05:48:41 11 | opinion, I didn't feel that it was. |
| 05:48:45 12 | MR. HSIEH: And you felt it important to |
| 05:48:47 13 | correct that because of this lawsuit? |
| 05:48:49 14 | THE DEPONENT: Yes, because I feel like it |
| 05:48:52 15 | would have hindered all the emotional distress and the |
| 05:48:58 16 | psychological and psychiatric symptoms I've had since |
| 05:49:03 17 | being hit by the umbrella and I was -- I worried that |
| 05:49:07 18 | it would lessen what I truly experienced after the |
| 05:49:13 19 | umbrella. Even though it was many years beforehand. |
| 05:49:19 20 | MR. HSIEH: Do you want to follow up with |
| 05:49:20 21 | any questions before she goes on to the second area. |
| 05:49:23 22 | MR. YOUNG: No. |
| 05:49:24 23 | MR. HSIEH: Okay. So on the second area of |
| 05:49:27 24 | examination, where Mr. Young asked you whether or not |
| 05:49:32 25 | any of your treating physicians had ever diagnosed you |