Natho 66

10 2 3 8 8 9 0 4 9

STATEMENT of DISAGREEMENT        CONFIDENTIAL

July 2018

Information and Privacy, AHS

I requested several amendments to my records held within my file at FMC, which you refused. Even though I provided you with substantial and convincing evidence of Dr. Natho's and Dr. Cooper's errors, you responded that you will not correct the many errors, due to the "personal opinion" of the 2 health care providers.

I disagree with your decision, and refusal to correct the errors in my records, for the following reasons:

1. According to Natho's, September 15, 2010 assessment of me, and her documentation recorded in my file, I did not meet the criteria for Major Depressive Disorder (MDD), Panic Disorder, Postpartum Depression, or any other mental illness under the DSM IV-TR. I provided you with a plethora of supporting documentation, including the criteria needed, taken from the DSM IV-TR, which proved Natho's errors. Yet no corrections or review from a qualified health care provider was done to address my concerns.

2. Based on Natho's assessment of me, it would be impossible for her to diagnose my deceased father or grandmother with mental illnesses due to the limited information that I provided. Also, because she never met them, and had no access to their out of province medical records.

3. According to Dr. Natho's documentation, she gave me a GAF score of 60, which is diagnostically too high for a MDD diagnosis.

4. To meet criteria for a MDD diagnosis, one must have clinically significant impairment in social and occupational functioning. I returned to work 4 months early while on maternity leave from the Calgary Young Offenders Centre. Natho's documentation stated that my September 18th shift went, "Very Well". My spouse provided a written letter that there were no concerns with how I exclusively cared for our son, as he worked 12-hour days during my maternity leave in 2010. Natho's assessment notes state I was actively involved in my community, church, weight loss program, exercising, mom and baby groups, etc, which also contradicts significant impairment in functioning.

5. I provided you with proof that I was on high doses of domperidone, which I abruptly stopped, just 3 weeks before meeting Natho. Natho's notes state, no medications. I provided journal article peer reviewed case studies of adverse effects and withdrawal symptoms of such medications. My husband and I provided documentation which states that we believe that this was the true cause of my sudden behavior changes in late August to mid September 2010.

6. Lastly, Dr. Cooper only provided OB/GYN services for myself in 2011, yet she reported that I had a history of serious depression/anxiety, based on Natho's 2010 assessment. This wasn't Cooper's personal opinion, she only copied this incorrect information from Natho's documentation, from my 2010 assessment.

Hence, incorrect information, diagnoses and labels have been placed on my medical files and given to multiple physicians across AHS sites, which you are unwilling to correct, based on an unsubstantiated, undocumented "personal opinion".

Ronda Beselt, BSc., MSW (/s/), RSW

EXHIBIT 6



EXHIBIT 13
Beselt 5/26

RB5441