| From: | Bosko Petricevic |
|---|---|
| To: | Kelly Bryant; Ronda B; Mark Beselt |
| Cc: | Peter Hsieh; Kelly Ancheta; Ken Robbins; Michael Jay Green; David Plona; Karl Sakamoto |
| Subject: | Re: Beselt v. Hsieh/Green et al. arb/21-0106-A - Sakamoto - Status Call on 2/21 |
| Date: | Thursday, March 02, 2023 8:48:41 AM |

Hi Kelly and Karl,

I apologize but I have no choice but to withdraw from this case. My client has now put me in position to sue her and her husband for breach of contract and possible other causes of actions such as fraud. We have a fee dispute regarding another case. Her and her husband Mark have scammed me, lied to me and defrauded me. I cannot continue on like this. I will be filing a lawsuit against them today or tomorrow.

I cannot longer represent her anymore under these circumstances. Our relationship is irretrievably broken.

I will be submitting another lien in this case based on our most recent contingency fee agreement. Please file that lien under the previous arrangement with the DPR counsel.

I sincerely apologize for any inconvenience caused. I honestly tried to make this work and give it a second chance. This is honestly the first time I have ever had to withdraw from a case.

Judge Sakamoto, I appreciate your patience with everything.

Thank you,
Bosko

On Tue, Feb 14, 2023 at 2:02 PM Kelly Bryant <KellyBryant@dprhawaii.com> wrote:

> Dear Counsel and Judge Sakamoto:
>
> A status call is set for **February 21, 2023 at 1:30 p.m.**
>
> Dial the appropriate call-in number below, then enter your **conference passcode 180210106#.**



EXHIBIT "8"

| Conference Call-in Numbers | |
|---|---|
| Oahu and Mainland | 808-369-8999 |
| Maui | 808-727-8999 |
| Big Island | 808-313-8999 |
| Kauai | 808-698-8999 |

Thanks!

Kelly Bryant

Case Manager

Dispute Prevention & Resolution, Inc.

1003 Bishop Street, Suite 1155

Honolulu, Hawaii 96813

(808) 523-1234

Hours: 8:00 a.m. – 4:30 p.m., M-F

www.dprhawaii.com


--
Bosko Petricevic
Attorney At Law, LLLC
Tel:     402-301-3716
Email:   boskolaw@gmail.com
Website: boskolaw.com