ASHFORD & WRISTON LLLP

ELLEN A. SWICK 10514-0
First Hawaiian Bank Building
999 Bishop Street, Suite 1400
Honolulu, HI 96813
O: (808) 539-0400 / F: (808) 533-4945
email: eswick@awlaw.com

Attorney for Creditor Ronda Beselt

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re: | Case No.: 23-00149 |
|---|---|
| PETER CHEN HSIEH | (Chapter 13) |
| Debtor, | **AMENDED MOTION FOR WITHDRAWAL OF COUNSEL FOR CREDITOR RONDA BESELT** |
| | Hearing Date: August 22, 2023<br>Hearing Time: 9:30 a.m.<br>Honorable Robert J. Faris |

### AMENDED MOTION FOR WITHDRAWAL OF COUNSEL FOR CREDITOR RONDA BESELT

Ellen A. Swick of ASHFORD & WRISTON LLLP ("Counsel") respectfully petitions for authority to withdraw as counsel for Creditor Ronda Beselt ("Creditor"), pursuant to Local Bankruptcy Rule 2091-1.

1. On July 18, 2023, Creditor was granted her motion to extend the deadline to file a complaint/object to dischargeability of her claim in this matter to September 1, 2023.

2. A Rule 2004 examination has been scheduled for August 18, 2022, and additional discovery has been propounded.

3. Irreconcilable differences regarding the handling of this case have arisen between Counsel and creditor that require the withdrawal of Counsel.

4. Creditor is not in agreement with Counsel's withdrawal.

WHEREFORE, Counsel respectfully requests that this Motion be granted.

DATED: Honolulu, Hawaii; July 21, 2023.

/s/ Ellen A. Swick
ELLEN A. SWICK
Attorney for Creditor
 RONDA BESELT