ASHFORD & WRISTON LLLP

ELLEN A. SWICK 10514-0
First Hawaiian Bank Building
999 Bishop Street, Suite 1400
Honolulu, HI 96813
O: (808) 539-0400 / F: (808) 533-4945
email: eswick@awlaw.com

Attorney for Creditor Ronda Beselt

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re: | Case No.: 23-00149 (Chapter 13) |
|---|---|
| PETER CHEN HSIEH | **SUPPLEMENTAL DECLARATION OF ELLEN A. SWICK** |
| Debtor, | [Related Dkt. #51] |
| | Hearing Date: August 22, 2023<br>Hearing Time: 9:30 a.m.<br>Honorable Robert J. Faris |

SUPPLEMENTAL DECLARATION OF ELLEN A. SWICK

I, ELLEN A. SWICK, hereby declare and state under penalty of perjury:

1.     I make this declaration pursuant to Local Bankruptcy Rule 9006-1(b)(2)(A) and in support of my Motion to Shorten Time on Amended Motion for Withdrawal of Counsel for Creditor Ronda Beselt ("Motion").

2. On July 21, 2023, after filing my initial Declaration, I received an email from the Chapter 13 Trustee stating that he does not oppose the Motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

DATED: Honolulu, Hawaii; July 21, 2023.

                                                 */s/ Ellen A. Swick*
                                                 ELLEN A. SWICK
                                                 Attorney for Creditor
                                                 RONDA BESELT